IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tsega Sharp,<br><br>             Plaintiff,<br><br>  -vs-<br><br>City of Fargo, Fargo Cass Public Health, Cass County, Matthew Johnson, LPN, Tanner Coppin, RN and Captain Andrew Frobig,<br><br>             Defendants. | Civil No. 3:25-cv-00030<br><br>**JOINT STATUS REPORT REGARDING STIPULATION TO STAY ALL PROCEEDINGS** |

**[¶1]** On February 13, 2025, Plaintiff Tsega Sharp ("Sharp") initiated this action by filing a Summons and Complaint. ECF 1, 3. Defendants City of Fargo, Fargo Cass Public Health, Cass County, Matthew Johnson, LPN, Tanner Coppin, RN, and Captain Andrew Frobig (collectively the "Defendants") waived service of the summons (ECF 4-10), making the Defendants' answer due on May 5, 2025.

**[¶2]** Plaintiff and the Defendants, by and through their respective counsel, agreed per stipulation, expressed the desire to reach a resolution of this matter through alternative dispute resolution, and a stay of this action in its entirety was appropriate to permit such alternative dispute resolution to proceed. [ECF 19]. The stipulation was adopted by the Court on May 2, 2025 [ECF 20]. The parties provide this status report as per the Court's directive in its order adopting the stipulation. Id.

**[¶3]** As part of this process for alternative dispute resolution, the parties have been working together to obtain medical release authorizations and requesting medical records from various facilities where the Plaintiff was seen. The current status of those requests for records has been attached as Exhibit A.

**[¶4]**   As noted on Exhibit A, there are medical records the parties are awaiting to receive, as well as the need to conduct review and evaluation of medical records received to date.

**[¶5]**   Accordingly, the parties have agreed and stipulated that the case should remain stayed for an additional 90 days, to allow the process of gathering, review and evaluation of the medical records to continue, and to arrange for an alternative dispute resolution process in this matter to take place.

**[¶6]**   **DATED** this 30th day of July, 2025.

| **PEARSON CHRISTENSEN, PLLP** | **O'KEEFE O'BRIEN LYSON LTD.** |
|---|---|
| /s/ Daniel L. Gaustad | /s/  Timothy O'Keeffe |
| **DANIEL L. GAUSTAD,** ND #05282 | **TIMOTHY O'KEEFFE,** ND ID #05636 |
| **JOSEPH E. QUINN**, ND #06538 | 720 Main Avenue |
| **MARCUS C. SKONIECZNY**, ND ID #09062 | Fargo, ND 58103 |
| **MARIANNE O. KNUDSON,** ND #06308 | Phone: 701-235-80000 |
| **JAXEN J. BRATCHER**, ND #09796 | tim@okeeffeattorneys.com |
| 24 North 4th Street | Attorney for Plaintiff |
| Grand Forks, ND 58203 | |
| Phone:  701-775-0521 | |
| dan@grandforkslaw.com | |
| Attorneys for Defendants City of Fargo, Fargo Cass Public Health, Cass County, Matthew Johnson, LPN, Tanner Coppin, RN and Captain Andrew Frobig | |